UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-62683-COOKE/HUNT

KIA MONTGOMERY, on behalf of herself
and all others similarly situated,

        Plaintiff,

v.

3300 CORP., d/b/a CLUB PINK CHAMPAGNE
AND SHOWGIRLS, a Florida Corporation,

        Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT FOR NOVEMBER 15, 2021 JURY TRIAL**

    Plaintiff, KIA MONTGOMERY, hereby moves for leave to bring electronic equipment to the jury trial currently set to commence on November 15, 2021 before United States District Judge Marcia G. Cooke, and in support says:

    1.    Undersigned counsel seeks to bring one laptop computer, a power cord, extension cord, mouse, and a cellular phone to Courtroom 11-2, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. These items are for the purpose of assisting undersigned counsel with the trial.

    2.    This request is for the duration of the trial in this matter set to begin on November 15, 2021.

    3.    Plaintiff's counsel seeks authority only for the following individuals to bring the requested equipment into the Courtroom: Nizel Harris, Esq.

1

WHEREFORE, Plaintiff respectfully requests that Harris Nizel be permitted to bring the above-referenced computer equipment and cellular phone into the Courtroom for the duration of the trial beginning on November 15, 2021.

### Local Rule 7.1(a)(3) Certification

Undersigned counsel conferred with Defendant's counsel regarding the relief sought in this motion. Defendant has no opposition to this request.

Dated: November 6, 2021					Respectfully submitted,

*/s/ Harris Nizel*
HARRIS NIZEL (Florida Bar No.: 0807931)
Email: harris@nizel.com
Nizel Law, P.A.
4700 Sheridan St., Suite J
Hollywood, FL 33021
Telephone: (954) 653-8300
*Co-Counsel for Plaintiff*