UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| KIA MONTGOMERY, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 18-cv-62683 |
| v. | ) ) |
| 3300 CORP., D/B/A CLUB PINK CHAMPAGNE AND SHOWGIRLS, a Florida corporation, | ) ) ) ) ) |

**NOTICE THAT 3300 CORP. _DOES NOT_ WAIVE ITS JURY TRIAL DEMAND**

Defendant 3300 Corp., d/b/a Club Pink Champagne and Showgirls, ("3300 Corp.") respectfully submits the following notice that 3300 Corp. ***does not*** waive its jury trial demand.  3300 Corp. maintains its jury trial demand.  3300 Corp. submits this notice in response to inquiry by counsel for Plaintiff Kia Montgomery as to whether 3300 Corp. would be willing to waive its jury trial demand and because the Courthouse will be closed for Veteran's Day.

DATED:  November 10, 2021,	CULLIN O'BRIEN LAW, P.A.
	CULLIN A. O'BRIEN
	Florida Bar No. 597341


	*s/Cullin O'Brien*
	CULLIN O'BRIEN

	6541 NE 21st Way
	Ft. Lauderdale, FL  33308
	Telephone:  561/676-6370
	561/320-0285 (fax)
	cullin@cullinobrienlaw.com

	Attorney for Defendant

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the foregoing with the ECF system and served same on counsel for Plaintiff this November 10, 2021.

	*/s/ Cullin O'Brien*
	CULLIN O'BRIEN
	Florida Bar No. 0597341
	cullin@cullinobrienlaw.com