UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-62683-Civ-COOKE/HUNT

KIA MONTGOMERY, on behalf of herself
and all others similarly situated,

Plaintiff,

v.

3300 CORP. d/b/a CLUB PINK CHAMPAGNE
AND SHOWGIRLS,

Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR DIRECTED VERDICT**

**THIS MATTER** is before the Court on Defendant's Motion for Directed Verdict (the "Motion"). For the reasons stated on the record during the trial of this matter on November 16, 2021, it is **ORDERED and ADJUDGED** as follows:

1. Said Motion is **GRANTED**.
2. A directed verdict is hereby entered in favor of Defendant 3300 Corporation d/b/a CLUB PINK CHAMPAGNE AND SHOWGIRLS.
3. A final judgment in this matter will be entered by separate order pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** in Chambers at Miami, Florida this 16th day of November 2021.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Honorable Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*