UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-62683-Civ-COOKE/HUNT

KIA MONTGOMERY, on behalf of herself
and all others similarly situated,

Plaintiff,

v.

3300 CORP. d/b/a CLUB PINK CHAMPAGNE
AND SHOWGIRLS,

Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 50(a) and 58 and for the reasons stated on the record during the trial of this matter on November 16, 2021, **JUDGMENT** is hereby entered in favor of Defendant 3300 CORPORATION d/b/a CLUB PINK CHAMPAGNE AND SHOWGIRLS and against Plaintiff Kia Montgomery on Plaintiff's Amended Complaint. The Parties shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case. All motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 16th day of November 2021.

MARCIA G. COOKE
United States District Judge

Copies furnished to: